UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bernardino FLORES,<br><br>      *Petitioner*,<br><br>v.<br><br>Thomas DECKER, et al.,<br><br>      *Respondents*. | Case No. 1:22-CV-9106 |

**ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE MEDICAL RECORDS UNDER SEAL**

Petitioner's motion to file medical records under seal is GRANTED.

**IT IS SO ORDERED.**

Dated: __November 15__, 2022
New York, NY

*[signature: Paul S. Sanderse]*

United States District Judge

1