UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDINO FLORES,

              Petitioner,

- against -

THOMAS DECKER ET AL.,

              Respondents.

**ORDER**

22 Civ. 9106 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that there shall be a conference in this matter on **March 9, 2023 at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         March 1, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge