UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BERNARDINO FLORES,

           Petitioner,

- against -

THOMAS DECKER ET AL.,

           Respondents.

**ORDER**

22 Civ. 9106 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated at today's hearing, the Petition is granted to the extent that the Government is directed to provide Petitioner with a constitutionally compliant bond hearing within twenty-one days of today, at which the Government will bear the burden of demonstrating, by clear and convincing evidence, that Petitioner is a danger to the community or a flight risk, and that these concerns cannot be alleviated by a bond or other alternatives to detention.  The immigration judge is directed to give the parties seven days' notice of the date for the bond hearing.  By **April 6, 2023**, the Government will submit a letter confirming that the bond hearing was conducted and stating the outcome of that proceeding.

Dated:  New York, New York
         March 15, 2023

                                    SO ORDERED.

                                    Paul G. Gardephe
                                    United States District Judge